IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00056-MSK-BNB

MELVIN LEE DAVIS,

      Applicant,

v.

R. WILEY,

      Respondent.

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Krieger, Judge

      Applicant has submitted a Notice of Appeal. Applicant previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

      **ORDERED** that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

      DATED this 11th day of February, 2010.

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge